STATE OF NEW JERSEY v. MELVIN LAWRENCE.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. JIMMIE L. ALLEN.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. GARY McHUGH.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD JACKSON.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. NEIL STOPPIELLO.

Oct. 22, 1979.   Petition for certification denied.

JACK H. GORDUN v. BOARD OF TRUSTEES OF
BLAIR ACADEMY.

Oct. 22, 1979.   Petition for certification denied.